**UNITED STATES OF AMERICA,**
Appellee,

v.

**Roy B. JOHNSON, Appellant.**

**No. 00–3087.**

United States Court of Appeals,
District of Columbia Circuit.

April 24, 2001.

Rehearing en banc Denied June 14, 2001.

Before STEPHEN F. WILLIAMS, GINSBURG, and RANDOLPH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order filed July 20, 2000 be affirmed substantially for the reasons stated by the district court in its memorandum opinion filed July 20, 2000. *See also United States v. Williams,* 233 F.3d 592 (D.C.Cir.2000).

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.